UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE GONZALES,

               Petitioner,

v.

MARGARET GILBERT,

               Respondent.

Case No. C15-2036 MJP-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED**;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 24th day of May, 2016.

                                           Marsha J. Pechman
                                           United States District Judge

ORDER OF DISMISSAL- 1